USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 08/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY M. MIRANDA, et ano.,

Movants,

-against-

26-mc-417 (LAK)

UNITED STATES OF AMERICA,

Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

On July 16, 2026, the FBI and another law enforcement entity executed a search warrant on a residence of movants Anthony M. Miranda and Sylvia Miranda. On that occasion, agents allegedly gave the Mirandas copies of the warrant and the affidavit apparently used to obtain the warrant and told them to read it, which they say they did. On a later occasion, the Mirandas' then-attorney allegedly contacted Assistant United States Attorneys involved in the matter at which point the AUSAs demanded the return of the copies of the warrant and the affidavit. Movants then-counsel acceded to the demand and returned what counsel evidently believed were all copies. The Mirandas then engaged new counsel who learned that copies had been retained. New counsel then contacted the AUSAs and proposed that counsel would retain the copies on an "Attorney Possession Only" basis and that the Mirandas would review those papers only in the presence of their new counsel. The government rejected the proposal. It has insisted that all copies of the documents be returned unreviewed. Movants accordingly have moved for an order declaring that it is legally permissible for them and their counsel to review the affidavit and retain the copies currently in counsel's possession.

Without yet responding to the motion, the government has submitted a letter motion requesting that the Court (1) set a briefing schedule and (2) prohibit petitioners and their counsel from reviewing the affidavit they purport to possess pending resolution of this litigation. The motion is **granted in part and denied in part.**

The government shall file any opposition to the Mirandas' motion no later than Thursday, September 3, 2026. Movants shall file any reply no later than seven days after the filing of the government's opposition. Pending the resolution of the Mirandas' motion, the copies of the documents in question shall remain in the possession of the Mirandas' counsel and shall not be reviewed by or their contents conveyed to the Mirandas. The Court declines at this time to require the return of the copies in possession of the Mirandas' counsel inasmuch as the government has not even attempted to show a likelihood of success on the merits nor a sufficient threat of imminent, irreparable injury absent such relief.

SO ORDERED.

Dated: August 25, 2026

/s/ Lewis A. Kaplan

Lewis A. Kaplan
United States District Judge