USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 09/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY M. MIRANDA, et ano.,

Plaintiffs,

-against-

26-mc-417 (LAK)

UNITED STATES OF AMERICA,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Government has made various requests for the sealing of filings submitted to this Court via email. Those requests are granted substantially for the reasons stated in the Government's papers. Within two business days of the date of this order, the Government shall file on the public docket the proposed redacted versions of its August 20, 2026 Letter and its September 3, 2026 Opposition and Cross Motion.

SO ORDERED.

Dated: September 4, 2026

Lewis A. Kaplan
United States District Judge